IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRANKLIN DAVIS WIDDIFIELD, JR., | CV. 06-1288-HU |
| Petitioner, | ORDER |
| v. | |
| SHARON BLACKETTER, | |
| Respondent. | |

BROWN, Judge

Petitioner's motion to voluntarily dismiss his habeas petition (#27) is GRANTED.  This proceeding is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this __27th__ day of July, 2007.

>   ___/s/ Anna J. Brown
>   Anna J. Brown
>   United States District Judge

1 -- ORDER